1982). The bankruptcy court found that Christopher proposed his Plan in good faith because Christopher committed all of his projected disposable income to the Plan, sought to repay substantial tax claims, and sought to avoid litigation expense. The bankruptcy court's finding of good faith was not clearly erroneous.

AFFIRMED.

MEMORANDUM *

We affirm for the reasons stated by the district court. The appellant failed to exhaust its administrative remedies under the applicable collective bargaining agreements.

AFFIRMED.

**HANFORD GUARDS UNION OF AMERICA, LOCAL UNION NO. 21, INTERNATIONAL GUARDS UNION OF AMERICA, a labor organization, Plaintiff/Appellant/Cross–Appellee,**

v.

**FLUOR DANIEL HANFORD, INC., a Washington corporation, Defendant/Appellee/Cross–Appellant.**

Nos. 00–35620, 00–35646.

D.C. No. CV–99–5087–FVS.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Jan. 8, 2002.

Decided Jan. 11, 2002.

Before THOMAS, GRABER, and GOULD, Circuit Judges.

**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Alex FLEMATE, a.k.a. Flea, Defendant–Appellant.**

**UNITED STATES of America, Plaintiff–Appellee,**

v.

**James Blanco, a.k.a. Toro; a.k.a. Pops, Defendant–Appellant.**

Nos. 99–10293, 99–10299.

D.C. No. CR–93–20042–RMW.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 15, 2001.*

Decided Jan. 16, 2002.

Before WOOD,** KOZINSKI and O'SCANNLAIN, Circuit Judges.

---

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

* The panel unanimously finds this case suitable for submission on the record and briefs, with-

out oral argument. See Fed. R.App. P. 34(a)(2).

** The Honorable Harlington Wood, Jr., United States Senior Circuit Judge for the Seventh Circuit, sitting by designation.